134309

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: Civil No. 02-306 Case Title: Retek, Inc. v. Mattecheck

### Affidavit of Movant

I, Todd Johnson ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Mark E. Griffin , an attorney admitted to practice in the ____ District of Oregon ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant James Mattecheck in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature | # 52061<br>MN Attorney License # | 3/14/02<br>Date |
|---|---|---|

### Affidavit of Proposed Admittee

I, Mark E. Griffin , am currently a member in good standing of the U.S. District Court for ____ District of Oregon , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Mark E. Griffin<br>Type/Print Name | Signature | 3/13/02<br>Date |
|---|---|---|

Attorney License Number: Oregon State Bar 76-152
Law Firm Name & Address: Griffin McCandlish
111 SW Naito Parkway, 2nd Floor, Portland, Oregon 97204

Telephone: (503) 224-2348

Motion Granted: ____ MAR 14 2002
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED MAR 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____