UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FIFTH DIVISION

Retek, Inc.,

Plaintiff,

vs.

James Mattecheck,

Defendant.

Court File No. 02-306 (JRT/SRN)

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**

BASED UPON THE STIPULATION OF THE PARTIES,

IT IS HEREBY ORDERED that the above-referenced matter may be dismissed without prejudice, and with each party to bear its own costs.

Dated this 9th Day of April, 2002

BY THE COURT:

John R. Tunheim

THE HONORABLE JOHN R. TUNHEIM
UNITED STATES DISTRICT COURT
JUDGE

MINNEAPOLIS:31313.1 039205.1004
03/26/02 4:32 PM

FILED ... 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____